1
2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Home Entertainment Inc., | Case No. CV12-9153 JAK (PLAx) |
| Plaintiff, | CONSENT DECREE AND PERMANENT  INJUNCTION |
| v. | JS-6 |
| Patricia Pullman, an individual and d/b/a as Amazon.com Seller JK Enterprises, and Does 1-10, inclusive, | |
| Defendants. | |

The Court, having read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction that has been executed by Plaintiff Warner Bros. Home Entertainment Inc. ("Plaintiff") and Defendant Patricia Pullman, an individual and d/b/a as Amazon.com Seller JK Enterprises ("Defendant"), in this action, and good cause appearing therefore, hereby:

ORDERS that based on the Parties' stipulation and only as to Defendant, her successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1)      This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq.*, and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendant.

2)     Plaintiff owns or controls the copyright or pertinent exclusive right to distribute or license the distribution of home video and digital products, including video home cassettes (VHS) as well as optical discs, including, but not limited to, digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television titles subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiff's Works").

3)     Plaintiff has alleged that Defendant has made unauthorized uses of Plaintiff's Works or substantially similar likenesses or colorable imitations thereof.

4)     Defendant and her agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with him who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiff's Works, including, but not limited to, the following:

a)     Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or logos in connection with unauthorized Media Products containing any of Plaintiff's Works;

b)     Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any of Plaintiff's Works; or

c)     Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of

any of Plaintiff's Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works.

5)    Each side shall bear its own fees and costs of suit.

6)    Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

7)    This Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

8)    The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendant.

9)    The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

10)    The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendant, be reopened should Defendant default under the terms of the Settlement Agreement.

11)    This Court shall retain jurisdiction over Defendant for the purpose of making further orders necessary or proper for the construction or modification of this consent decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED:  May 7, 2013

_____
Hon. John A. Kronstadt
United States District Judge

**EXHIBIT A**

**COPYRIGHT REGISTRATIONS**

| REG. NO. | TITLE | COPYRIGHT CLAIMANTS |
|---|---|---|
| PA 1-240-293 | ENTOURAGE: Pilot | Home Box Office, Inc. ("HBO") |
| PA 1-240-302 | ENTOURAGE: The Review | HBO |
| PA 1-239-616 | ENTOURAGE: Talk Show | HBO |
| PA 1-239-614 | ENTOURAGE: Date Night | HBO |
| PA 1-239-615 | ENTOURAGE: The Script And The Sherpa | HBO |
| PA 1-239-617 | ENTOURAGE: Busey And The Beach | HBO |
| PA 1-239-618 | ENTOURAGE: The Scene | HBO |
| PA 1-246-506 | ENTOURAGE: New York | HBO |
| PA 1-280-550 | ENTOURAGE: The System | HBO |
| PA 1-275-228 | ENTOURAGE: The New Car | HBO |
| PA 1-283-280 | ENTOURAGE: Aquamansion | HBO |
| PA 1-283-279 | ENTOURAGE: The Offer | HBO |
| PA 1-218-704 | ENTOURAGE: Neighbors | HBO |
| PA 1-291-312 | ENTOURAGE: Chinatown | HBO |
| PA 1-280-655 | ENTOURAGE: The Sundance Kids | HBO |
| PA 1-280-656 | ENTOURAGE: Oh Mandy | HBO |
| PA 1-280-657 | ENTOURAGE: I Love You Too | HBO |
| PA 1-280-658 | ENTOURAGE: The Bat Mitzvah | HBO |
| PA 1-280-659 | ENTOURAGE: Blue Balls Lagoon | HBO |
| PA 1-280-660 | ENTOURAGE: Good Morning Saigon | HBO |
| PA 1-304-698 | ENTOURAGE: Exodus | HBO |
| PA 1-304-703 | ENTOURAGE: The Abyss | HBO |
| PA 1-335-588 | ENTOURAGE: Aquamom | HBO |
| PA 1-324-965 | ENTOURAGE: One Day In The Valley | HBO |

| PA 1-324-966 | ENTOURAGE: Dominated | HBO |
|---|---|---|
| PA 1-324-967 | ENTOURAGE: Guys And Dolls | HBO |
| PA 1-324-968 | ENTOURAGE: Crash And Burn | HBO |
| PA 1-342-217 | ENTOURAGE: Three's Company | HBO |
| PA 1-335-640 | ENTOURAGE: Strange Days | HBO |
| PA 1-335-591 | ENTOURAGE: The Release | HBO |
| PA 1-335-586 | ENTOURAGE: Vegas Baby, Vega! | HBO |
| PA 1-335-589 | ENTOURAGE: I Wanna Be Sedated | HBO |
| PA 1-335-587 | ENTOURAGE: What About Bob | HBO |
| PA 1-353-971 | ENTOURAGE: Sorry, Ari | HBO |
| PA 1-374-951 | ENTOURAGE: Less Than 30 | HBO |
| PA 1-374-952 | ENTOURAGE: Dog Day Afternoon | HBO |
| PA 1-374-953 | ENTOURAGE: Manic Monday | HBO |
| PA 1-374-954 | ENTOURAGE: Gotcha! | HBO |
| PA 1-374-955 | ENTOURAGE: Return Of The King | HBO |
| PA 1-374-956 | ENTOURAGE: The Resurrection | HBO |
| PA 1-379-031 | ENTOURAGE: The Prince's Bribe | HBO |
| PA 1-386-711 | ENTOURAGE: Adios Amigo | HBO |
| PA 1-386-709 | ENTOURAGE: Welcome To The Jungle | HBO |
| PA 1-386-797 | ENTOURAGE: The First Cut Is The Deepest | HBO |
| PA 1-386-798 | ENTOURAGE: Malibooty | HBO |
| PA 1-386-799 | ENTOURAGE: Sorry, Harvey | HBO |
| PA 1-386-804 | ENTOURAGE: The Dream Team | HBO |
| PA 1-386-796 | ENTOURAGE: The Weho Ho | HBO |
| PA 1-589-422 | ENTOURAGE: The Day Fu*kers | HBO |
| PA 1-589-434 | ENTOURAGE: Gary's Desk | HBO |
| PA 1-589-433 | ENTOURAGE: The Young And The Stoned | HBO |
| PA 1-593-012 | ENTOURAGE: Snow Job | HBO |
| PA 1-593-014 | ENTOURAGE: No Cannes Do | HBO |
| PA 1-593-064 | ENTOURAGE: The Cannes Kids | HBO |
| PA 1-654-413 | ENTOURAGE: Fantasy Island | HBO |
| PA 1-654-416 | ENTOURAGE: Unlike A Virgin | HBO |

| PA 1-654-419 | ENTOURAGE: The All Out Fall Out | HBO |
|---|---|---|
| PA 1-654-421 | ENTOURAGE: Fire Sale | HBO |
| PA 1-654-422 | ENTOURAGE: Tree Trippers | HBO |
| PA 1-654-423 | ENTOURAGE: Redomption | HBO |
| PA 1-654-407 | ENTOURAGE: Gotta Look Up To Get Down | HBO |
| PA 1-654-411 | ENTOURAGE: First Class jerk | HBO |
| PA 1-661-871 | ENTOURAGE: Pie | HBO |
| PA 1-661-870 | ENTOURAGE: Seth Green Day | HBO |
| PA 1-663-847 | ENTOURAGE: Play'n With Fire | HBO |
| PA 1-654-410 | ENTOURAGE: Return To Queens Blvd. | HBO |
| PA 1-666-629 | ENTOURAGE: Drive | HBO |
| PA 1-666-634 | ENTOURAGE: Amongst Friends | HBO |
| PA 1-666-631 | ENTOURAGE: One Car, Two Car, Red Car, Blue Car | HBO |
| PA 1-666-613 | ENTOURAGE: Runnin' On E | HBO |
| PA 1-666-625 | ENTOURAGE: Fore! | HBO |
| PA 1-666-618 | ENTOURAGE: Murphy's Lie | HBO |
| PA 1-666-620 | ENTOURAGE: No More Drama | HBO |
| PA 1-666-622 | ENTOURAGE: The Sorkin Notes | HBO |
| PA 1-666-616 | ENTOURAGE: Security Brief's | HBO |
| PA 1-666-626 | ENTOURAGE: Berried Alive | HBO |
| PA 1-666-682 | ENTOURAGE: Scared Straight | HBO |
| PA 1-667-568 | ENTOURAGE: Give A Little Bit | HBO |
| PA 1-697-280 | ENTOURAGE: Stunted | HBO |
| PA 1-697-285 | ENTOURAGE: Buzzed | HBO |
| PA 1-704-328 | ENTOURAGE: Dramedy | HBO |
| PA 1-699-106 | ENTOURAGE: Tequila Sunrise | HBO |
| PA 1-699-105 | ENTOURAGE: Bottoms Up | HBO |
| PA 1-706-302 | ENTOURAGE: Hair | HBO |
| PA 1-706-285 | ENTOURAGE: Tequila And Coke | HBO |
| PA 1-706-311 | ENTOURAGE: Sniff Sniff Gang Bang | HBO |

| PA 1-706-303 | ENTOURAGE: Porn Scenes From An Italian Restaurant | HBO |
|---|---|---|
| PA 1-706-307 | ENTOURAGE: Lose Yourself | HBO |
| PA 350-964 | FULL HOUSE: Pilot | Warner Bros. Entertainment Inc. ("WBEI") |
| PA 350-964 | FULL HOUSE: Our Very First Show | WBEI |
| PA 385-968 | FULL HOUSE: Our Very First Night | WBEI |
| PA 353-059 | FULL HOUSE: the First Day of School | WBEI |
| PA 353-041 | FULL HOUSE: The Return of Grandma | WBEI |
| PA 375-696 | FULL HOUSE: Sea Cruise | WBEI |
| PA 354-810 | FULL HOUSE: Daddy's Home | WBEI |
| PA 353-048 | FULL HOUSE: Knock Yourself Out | WBEI |
| PA 353-015 | FULL HOUSE: Jesse's Girl | WBEI |
| PA 385-975 | FULL HOUSE: The Miracle of Thanksgiving | WBEI |
| PA 372-227 | FULL HOUSE: Joey's Place | WBEI |
| PA 370-182 | FULL HOUSE: The Big Three-O | WBEI |
| PA 362-515 | FULL HOUSE: Our Very First Promo | WBEI |
| PA 370-171 | FULL HOUSE: Sisterly Love | WBEI |
| PA 370-200 | FULL HOUSE: Half a Love Story | WBEI |
| PA 392-146 | FULL HOUSE: A Pox in Our House | WBEI |
| PA 370-180 | FULL HOUSE: But Seriously Folks | WBEI |
| PA 375-701 | FULL HOUSE: Danny's Very First Date | WBEI |
| PA 375-703 | FULL HOUSE: Just One of the Guys | WBEI |
| PA 375-700 | FULL HOUSE: The Seven-Month Itch: Part 1 | WBEI |
| PA 375-697 | FULL HOUSE: The Seven-Month Itch: Part 2 | WBEI |
| PA 376-521 | FULL HOUSE: Mad Money | WBEI |

| PA 376-518 | FULL HOUSE: D.J. Tanner's Day Off | WBEI |
|---|---|---|
| PA 431-185 | FULL HOUSE: Cutting It Close | Warner Brothers Television, a division of Time Warner Entertainment Company ("WBT") |
| PA 710-924 | FULL HOUSE: Tanner vs. Gibbler | WBT |
| PA 431-187 | FULL HOUSE: It's Not My Job | WBT |
| PA 431-188 | FULL HOUSE: D.J.'s Very First Horse | WBT |
| PA 431-186 | FULL HOUSE: Jingle Hell | WBT |
| PA 710-923 | FULL HOUSE: Beach Boy Bingo | WBT |
| PA 710-925 | FULL HOUSE: Joey Gets Tough | WBT |
| PA 431-190 | FULL HOUSE: Triple Date | WBT |
| PA 468-407 | FULL HOUSE: Our Very First Christmas Show | WBT |
| PA 431-189 | FULL HOUSE: Middle Age Crazy | WBT |
| PA 469-630 | FULL HOUSE: Littler Romance | WBT |
| PA 619-821 | FULL HOUSE: Fogged In | WBT |
| PA 431-191 | FULL HOUSE: Working Mothers | WBT |
| PA 431-192 | FULL HOUSE: Little Shop of Sweaters | WBT |
| PA 431-193 | FULL HOUSE: Pal Joey | WBT |
| PA 469-631 | FULL HOUSE: Baby Love | WBT |
| PA 469-718 | FULL HOUSE: El Problema Grande de D.J. | WBT |
| PA 469-341 | FULL HOUSE: Goodbye, Mr. Bear | WBT |
| PA 431-194 | FULL HOUSE: Blast from the Past | WBT |
| PA 469-078 | FULL HOUSE: I'm There for You, Babe | WBT |
| PA 468-408 | FULL HOUSE: Luck Be a Lady, Part 1 | WBT |
| PA 714-293 | FULL HOUSE: Luck Be a Lady, Part 2 | WBT |
| PA 728-094 | FULL HOUSE: Tanner's Island | WBEI |
| PA 728-257 | FULL HOUSE: Back to School | WBEI |

| | | |
|---|---|---|
| | Blues | |
| PA 728-258 | FULL HOUSE: Breaking Up is Hard to Do | WBEI |
| PA 735-735 | FULL HOUSE: Nerd for a Day | WBEI |
| PA 684-828 | FULL HOUSE: Granny Tanny | WBEI |
| PA 684-827 | FULL HOUSE: Star Search | WBEI |
| PA 694-929 | FULL HOUSE: And They Call It Puppy Love | WBEI |
| PA 684-826 | FULL HOUSE: Divorce Court | WBEI |
| PA 684-825 | FULL HOUSE: Dr. Dare Rides Again | WBEI |
| PA 694-928 | FULL HOUSE: The Greatest Birthday on Earth | WBEI |
| PA 684-822 | FULL HOUSE: Aftershocks | WBEI |
| PA 684-823 | FULL HOUSE: Joey and Stacy and… Oh, Yeah, Jesse | WBEI |
| PA 684-821 | FULL HOUSE: No More Mr. Dumb Guy | WBEI |
| PA 684-824 | FULL HOUSE: Misadventures in Babysitting | WBEI |
| PA 684-819 | FULL HOUSE: Lust in the Dust | WBEI |
| PA 684-818 | FULL HOUSE: Bye, Bye Birdie | WBEI |
| PA 684-820 | FULL HOUSE: Thirteen Candles | WBEI |
| PA 684-817 | FULL HOUSE: Mr. Egghead | WBEI |
| PA 684-816 | FULL HOUSE: Those Better Not Be the Days | WBEI |
| PA 694-931 | FULL HOUSE: Honey, I Broke the House | WBEI |
| PA 684-815 | FULL HOUSE: Just Say No Way | WBEI |
| PA 694-933 | FULL HOUSE: Three Men and Another Baby | WBEI |
| PA 684-814 | FULL HOUSE: Fraternity Reunion | WBEI |
| PA 497-161 | FULL HOUSE: Greek Week | Lorimar Productions, Inc. ("LPI") |
| PA 694-932 | FULL HOUSE: Crimes and Michelle's Demeanor | LPI |
| PA 497-160 | FULL HOUSE: The I.Q. Man | LPI |

| PA 540-762 | FULL HOUSE: Slumber Party | LPI |
|---|---|---|
| PA 497-054 | FULL HOUSE: Good News, Bad News | LPI |
| PA 540-760 | FULL HOUSE: A Pinch for Pinch | LPI |
| PA540-759 | FULL HOUSE: Viva Las Joey | LPI |
| PA 728-213 | FULL HOUSE: Shape Up | LPI |
| PA 521-679 | FULL HOUSE: One Last Kiss | LPI |
| PA 497-046 | FULL HOUSE: Terror in Tanner Town | LPI |
| PA 497-045 | FULL HOUSE: Secret Admirer | LPI |
| PA 497-163 | FULL HOUSE: Danny in Charge | LPI |
| PA 521-678 | FULL HOUSE: Happy New Year | LPI |
| PA 521-680 | FULL HOUSE: Working Girl | LPI |
| PA 521-682 | FULL HOUSE: Ol' Brown Eyes | LPI |
| PA 728-214 | FULL HOUSE: Stephanie Gets Framed | LPI |
| PA 521-681 | FULL HOUSE: A Fish Called Martin | LPI |
| PA 521-684 | FULL HOUSE: The Wedding: Part 1 | LPI |
| PA 521-685 | FULL HOUSE: The Wedding: Part 2 | LPI |
| PA 521-683 | FULL HOUSE: Fuller House | LPI |
| PA 521-686 | FULL HOUSE: The Hole-in-the-Wall Gang | LPI |
| PA 521-687 | FULL HOUSE: Stephanie Plays the Field | LPI |
| PA521-689 | FULL HOUSE: Joey Goes Hollywood | LPI |
| PA521-690 | FULL HOUSE: Girls Just Wanna Have Fun | LPI |
| PA 521-688 | FULL HOUSE: The Graduates | LPI |
| PA 521-691 | FULL HOUSE: Rock the Cradle | LPI |
| PA 573-111 | FULL HOUSE: Double Trouble | Lorimar Telepictures Corporation ("LTC") |
| PA 573-108 | FULL HOUSE: Matchmaker Michelle | LTC |

| PA 573-112 | FULL HOUSE: Take My Sister, Please | LTC |
|---|---|---|
| PA 573-107 | FULL HOUSE: Oh Where, Oh Where Has My Little Girl Gone? | LTC |
| PA 573-110 | FULL HOUSE: The King and I | LTC |
| PA 573-106 | FULL HOUSE: The Legend of Ranger Joe | LTC |
| PA 551-931 | FULL HOUSE: The Volunteer | LTC |
| PA 573-109 | FULL HOUSE: Gotta Dance | LTC |
| PA 573-113 | FULL HOUSE: Happy Birthday, Babies: Part 1 and Part 2 | LTC |
| PA 555-059 | FULL HOUSE: Nicky and/or Alexander | LTC |
| PA 552-259 | FULL HOUSE: Bachelor of the Month | LTC |
| PA 551-932 | FULL HOUSE: Easy Rider | LTC |
| PA 551-933 | FULL HOUSE: Sisters in Crime | LTC |
| PA 551-934 | FULL HOUSE: Play It Again, Jess | LTC |
| PA 728-095 | FULL HOUSE: Crushed | LTC |
| PA 552-261 | FULL HOUSE: Spellbound | LTC |
| PA 552-263 | FULL HOUSE: Too Much Monkey Business | LTC |
| PA 728-096 | FULL HOUSE: The Devil Made Me Do It | LTC |
| PA 552-283 | FULL HOUSE: Driving Miss D.J. | LTC |
| PA573-548 | FULL HOUSE: Yours, Mine and Ours | LTC |
| PA 573-549 | FULL HOUSE: The Trouble with Danny | LTC |
| PA 573-546 | FULL HOUSE: Five's a Crowd | LTC |
| PA 573-547 | FULL HOUSE: Girls Will Be Boys | LTC |
| PA 573-550 | FULL HOUSE: Captain Video: Part 1 | LTC |
| PA 573-551 | FULL HOUSE: Captain Video: Part 2 | LTC |
| PA 628-115 | FULL HOUSE: Come Fly with Me | LPI |
| PA 628-114 | FULL HOUSE: The Long Goodbye | LPI |

| PA 628-120 | FULL HOUSE: Road to Tokyo | LPI |
|---|---|---|
| PA 628-117 | FULL HOUSE: Radio Days | LPI |
| PA 628-119 | FULL HOUSE: Lovers and Other Tanners | LPI |
| PA 628-194 | FULL HOUSE: Educating Jesse | LPI |
| PA 628-195 | FULL HOUSE: Trouble in Twin Town | LPI |
| PA 628-116 | FULL HOUSE: The Play's the Thing | LPI |
| PA 628-118 | FULL HOUSE: Nice Guys Finish First | LPI |
| PA 628-121 | FULL HOUSE: I'm Not D.J. | LPI |
| PA 628-196 | FULL HOUSE: Designing Mothers | LPI |
| PA 619-603 | FULL HOUSE: A Very Tanner Christmas | LPI |
| PA 619-184 | FULL HOUSE: The Dating Game | LPI |
| PA 628-112 | FULL HOUSE: Birthday Blues | LPI |
| PA 628-145 | FULL HOUSE: Be True to Your Pre-School | LPI |
| PA 619-186 | FULL HOUSE: The Heartbreak Kid | LPI |
| PA 619-185 | FULL HOUSE: Silence is Not Golden | LPI |
| PA 619-187 | FULL HOUSE: Please Don't Touch the Dinosaur | LPI |
| PA 628-146 | FULL HOUSE: Subterranean Graduation Blues | LPI |
| PA 610-345 | FULL HOUSE: Grand Gift Auto | LPI |
| PA 628-148 | FULL HOUSE: Room for One More | LPI |
| PA 628-197 | FULL HOUSE: Prom Night | LPI |
| PA 628-113 | FULL HOUSE: The House Meets the Mouse: Part 1 | LPI |
| PA 628-147 | FULL HOUSE: The House Meets the Mouse: Part 2 | LPI |
| PA 750-414 | FULL HOUSE: It Was a Dark and Stormy Night | WBT |
| PA 750-415 | FULL HOUSE: The Apartment | WBT |
| PA 750-417 | FULL HOUSE: Wrong-Way Tanner | WBT |

| PA 750-413 | FULL HOUSE: Tough Love | WBT |
|---|---|---|
| PA 750-416 | FULL HOUSE: Fast Friends | WBT |
| PA 750-418 | FULL HOUSE: Smash Club: The Next Generation | WBT |
| PA 750-420 | FULL HOUSE: High Anxiety | WBT |
| PA 750-419 | FULL HOUSE: Another Opening, Another No Show | WBT |
| PA 750-421 | FULL HOUSE: The Day of the Rhino | WBT |
| PA 750-423 | FULL HOUSE: The Prying Game | WBT |
| PA 750-422 | FULL HOUSE: The Bicycle Thief | WBT |
| PA 750-424 | FULL HOUSE: Support Your Local Parents | WBT |
| PA 750-426 | FULL HOUSE: The Perfect Couple | WBT |
| PA 750-427 | FULL HOUSE: Is It True About Stephanie? | WBT |
| PA 750-425 | FULL HOUSE: The Test | WBT |
| PA 750-429 | FULL HOUSE: Joey's Funny Valentine | WBT |
| PA 750-428 | FULL HOUSE: The Last Dance | WBT |
| PA 750-430 | FULL HOUSE: Kissing Cousins | WBT |
| PA 750-431 | FULL HOUSE: Love on the Rocks | WBT |
| PA 750-432 | FULL HOUSE: Michelle a la Cart | WBT |
| PA 750-434 | FULL HOUSE: Be Your Own Best Friend | WBT |
| PA 750-435 | FULL HOUSE: A Date with Fate | WBT |
| PA 750-433 | FULL HOUSE: Too Little Richard Too Late | WBT |
| PA 750-436 | FULL HOUSE: A House Divided | WBT |
| PA 775-768 | FULL HOUSE: Comet's Excellent Adventure | WBT |
| PA 775-766 | FULL HOUSE: Breaking Away | WBT |
| PA 775-767 | FULL HOUSE: Making Out is Hard to Do | WBT |
| PA 775-765 | FULL HOUSE: I've Got a Secret | WBT |
| PA 775-769 | FULL HOUSE: To Joey, with Love | WBT |

| | | |
|---|---|---|
| PA 775-772 | FULL HOUSE: You Pet It, You Bought It | WBT |
| PA 775-771 | FULL HOUSE: On the Road Again | WBT |
| PA 775-773 | FULL HOUSE: Claire and Present Danger | WBT |
| PA 775-774 | FULL HOUSE: Stephanie's Wild Ride | WBT |
| PA 775-770 | FULL HOUSE: Under the Influence | WBT |
| PA 775-775 | FULL HOUSE: Arrest Ye Merry Gentlemen | WBT |
| PA 775-776 | FULL HOUSE: D.J.'s Choice | WBT |
| PA 775-777 | FULL HOUSE: The Producer | WBT |
| PA 775-778 | FULL HOUSE: Super Bowl Fun Day | WBT |
| PA 775-779 | FULL HOUSE: My Left and Right Foot | WBT |
| PA 775-780 | FULL HOUSE: Air Jesse | WBT |
| PA 775-781 | FULL HOUSE: Dateless in San Francisco | WBT |
| PA 775-783 | FULL HOUSE: We Got the Beat | WBT |
| PA 775-782 | FULL HOUSE: Taking the Plunge | WBT |
| PA 775-784 | FULL HOUSE: Up on the Roof | WBT |
| PA 775-785 | FULL HOUSE: Leap of Faith | WBT |
| PA 775-787 | FULL HOUSE: All Stood Up | WBT |
| PA 775-786 | FULL HOUSE: Michelle Rides Again, Part 1 and Part 2 | WBT |
| PA 943-492 | SOPRANOS, THE: Pilot | Brillstein-Grey Entertainment ("BGE") |
| PA 943-491 | SOPRANOS, THE: 46 Long | BGE |
| PA 943-495 | SOPRANOS, THE: Denial, Anger, Acceptance | BGE |
| PA 943-494 | SOPRANOS, THE: Meadowlands | BGE |
| PA 943-496 | SOPRANOS, THE: College | BGE |
| PA 943-493 | SOPRANOS, THE: Pax Soprana | BGE |
| PA 943-490 | SOPRANOS, THE: Down Neck | BGE |
| PA 943-534 | SOPRANOS, THE: A Hit Is A Hit | BGE |

| PA 943-533 | SOPRANOS, THE: Legend Of Tennessee Moltisanti | BGE |
|---|---|---|
| PA 943-532 | SOPRANOS, THE: Boca | BGE |
| PA 943-537 | SOPRANOS, THE: Isabella | BGE |
| PA 943-536 | SOPRANOS, THE: Nobody Knows Anything | BGE |
| PA 943-535 | SOPRANOS, THE: I Dream Of Jeanie Cusamano | BGE |
| PA 998-991 | SOPRANOS, THE: Guy Walks Into A Psychiatrist's Office | HBO; Samax, Inc. ("SI) |
| PA 998-992 | SOPRANOS, THE: Do Not Resuscitate | HBO; SI |
| PA 998-993 | SOPRANOS, THE: Toodle-F***ing-oo | HBO; SI |
| PA 998-994 | SOPRANOS, THE:: Commendatori | HBO; SI |
| PA 998-995 | SOPRANOS, THE: Big Girls Don't Cry | HBO; SI |
| PA 998-996 | SOPRANOS, THE: The Happy Wanderer | HBO; SI |
| PA 998-997 | SOPRANOS, THE: D-Girl | HBO; SI |
| PA 998-998 | SOPRANOS, THE: Full Leather Jacket | HBO; SI |
| PA 998-999 | SOPRANOS, THE: From Where To Eternity | HBO; SI |
| PA 999-000 | SOPRANOS, THE: Bust Out | HBO; SI |
| PA 999-001 | SOPRANOS, THE: House Arrest | HBO; SI |
| PA 999-002 | SOPRANOS, THE: The Knight In White Satin Armor | HBO; SI |
| PA 999-003 | SOPRANOS, THE: Funhouse | HBO; SI |
| PA 1-021-743 | SOPRANOS, THE: Mr. Ruggerio's Neighborhood | HBO; SI |
| PA 1-021-743 | SOPRANOS, THE: Proshai. Livushka | HBO; SI |
| PA 1-021-745 | SOPRANOS, THE: Fortunate Son | HBO; SI |
| PA 1-021-744 | SOPRANOS, THE: Employee Of The Month | HBO; SI |
| PA 1-021-954 | SOPRANOS, THE: Another | HBO; SI |

| | | |
|---|---|---|
| | Toothpick | |
| PA 1-021-955 | SOPRANOS, THE: University | HBO; SI |
| PA 1-021-883 | SOPRANOS, THE: Second Opinion | HBO; SI |
| PA 1-022-080 | SOPRANOS, THE: He Is Risen | HBO; SI |
| PA 1-022-078 | SOPRANOS, THE: The Telltale Moozadell | HBO; SI |
| PA 1-022-075 | SOPRANOS, THE: To Save Us All From Satan's Power | HBO; SI |
| PA 1-022-076 | SOPRANOS, THE: Pine Barrens | HBO; SI |
| PA 1-022-077 | SOPRANOS, THE: Amour Fou | HBO; SI |
| PA 1-022-079 | SOPRANOS, THE: The Army Of One | HBO; SI |
| PA 1-112-865 | SOPRANOS, THE: For All Debts Public And Private | HBO; SI |
| PA 1-097-104 | SOPRANOS, THE: No Show | HBO; SI |
| PA 1-097-105 | SOPRANOS, THE: Christopher | HBO; SI |
| PA 1-112-845 | SOPRANOS, THE: The Weight | HBO; SI |
| PA 1-097-106 | SOPRANOS, THE: Pie-O-My | HBO; SI |
| PA 1-097-107 | SOPRANOS, THE: Everybody Hurts | HBO; SI |
| PA 1-097-108 | SOPRANOS, THE: Watching Too Much Television | HBO; SI |
| PA 1-110-842 | SOPRANOS, THE: Mergers And Acquisitions | HBO; SI |
| PA 1-110-841 | SOPRANOS, THE:: Whoever Did This | HBO; SI |
| PA 1-110-980 | SOPRANOS, THE: The Strong, Silent Type | HBO; SI |
| PA 1-110-981 | SOPRANOS, THE: Calling All Cars | HBO; SI |
| PA 1-110-982 | SOPRANOS, THE: Eloise | HBO; SI |
| PA 1-144-526 | SOPRANOS, THE: Whitecaps | HBO; SI |
| PA 1-226-022 | SOPRANOS, THE: Two Tonys | HBO; SI |
| PA 1-226-024 | SOPRANOS, THE: Rat Pack | HBO; SI |
| PA 1-226-023 | SOPRANOS, THE: Where's Johnny | HBO; SI |
| PA 1-226-025 | SOPRANOS, THE: All Happy Families… | HBO; SI |

| PA 1-232-994 | SOPRANOS, THE: Irregular Around The Margins | HBO; SI |
|---|---|---|
| PA 1-232-789 | SOPRANOS, THE: Sentimental Education | HBO; SI |
| PA 1-232-996 | SOPRANOS, THE: In Camelot | HBO; SI |
| PA 1-232-995 | SOPRANOS, THE: Marco Polo | HBO; SI |
| PA 1-233-180 | SOPRANOS, THE: Unidentified Black Males | HBO; SI |
| PA 1-242-861 | SOPRANOS, THE: Cold Cuts | HBO; SI |
| PA 1-242-857 | SOPRANOS, THE: The Test Dream | HBO; SI |
| PA 1-242-860 | SOPRANOS, THE: Long Term Parking | HBO; SI |
| PA 1-233-048 | SOPRANOS, THE: All Due Respect | HBO; SI |
| PA 1-324-969 | SOPRANOS, THE: Members Only | HBO; SI |
| PA 1-324-970 | SOPRANOS, THE: Join The Club | HBO; SI |
| PA 1-324-971 | SOPRANOS, THE: Mayham | HBO; SI |
| PA 1-324-972 | SOPRANOS, THE: The Fleshy Part Of The Thigh | HBO; SI |
| PA 1-324-973 | SOPRANOS, THE: Mr and Mrs. John Sacrimoni Request… | HBO; SI |
| PA 1-324-974 | SOPRANOS, THE: Live Free Or Die | HBO; SI |
| PA 1-324-975 | SOPRANOS, THE: Luxury Lounge | HBO; SI |
| PA 1-326-293 | SOPRANOS, THE: Johnny Cakes | HBO; SI |
| PA 1-326-426 | SOPRANOS, THE: The Ride | HBO; SI |
| PA 1-318-644 | SOPRANOS, THE: Moe N' Joe | HBO; SI |
| PA 1-318-645 | SOPRANOS, THE: Cold Stones | HBO; SI |
| PA 1-324-820 | SOPRANOS, THE: Kaisha | HBO; SI |
| PA 1-374-957 | SOPRANOS, THE: Soprano Home Movies | HBO; SI |
| PA 1-374-958 | SOPRANOS, THE: Stage 5 | HBO; SI |
| PA 1-374-959 | SOPRANOS, THE: Remember When | HBO; SI |
| PA 1-374-960 | SOPRANOS, THE: Chasing It | HBO; SI |
| PA 1-374-961 | SOPRANOS, THE: Walk Like A Man | HBO; SI |

| PA 1-371-912 | SOPRANOS, THE: Kennedy And Heidi | HBO; SI |
|---|---|---|
| PA 1-371-913 | SOPRANOS, THE: The Second Coming | HBO; SI |
| PA1-390-894 | SOPRANOS, THE: Blue Comet | HBO; SI |
| PA 1-390-892 | SOPRANOS, THE: Made In America | HBO; SI |
| PA 1-612-161 | TWO AND A HALF MEN: Pilot | WBEI |
| PA 1-612-148 | TWO AND A HALF MEN: Alan Harper, Frontier Chiropractor | WBEI |
| PA 1-612-137 | TWO AND A HALF MEN: Ate The Hamburgers, Wearing The Hat | WBEI |
| PA 1-612-145 | TWO AND A HALF MEN: Big Flappy Bastards | WBEI |
| PA 1-612-157 | TWO AND A HALF MEN: Camel Filters And Pheremones | WBEI |
| PA 1-612-151 | TWO AND A HALF MEN: Can You Feel My Finger? | WBEI |
| PA 1-612-130 | TWO AND A HALF MEN: Did You Check With The Captain Of The Flying Monkeys? | WBEI |
| PA 1-612-125 | TWO AND A HALF MEN: Go East On Sunset Until You Reach The Gates Of Hell | WBEI |
| PA 1-612-127 | TWO AND A HALF MEN: Hey, I Can Pee Outside In The Dark | WBEI |
| PA 1-612-150 | TWO AND A HALF MEN: I Can't Afford Hyenas | WBEI |
| PA 1-612-147 | TWO AND A HALF MEN: If I Can't Write My Chocolate Song, I'm Going To Take A Nap | WBEI |
| PA 1-612-133 | TWO AND A HALF MEN: If They Do Go Either Way They're Usually Fake | WBEI |
| PA 1-612-158 | TWO AND A HALF MEN: I Remember The Coat Room, I Just Don't Remember You | WBEI |
| PA 1-612-160 | TWO AND A HALF MEN: Just | WBEI |

| | Like Buffalo | |
|---|---|---|
| PA 1-612-131 | TWO AND A HALF MEN: Last Thing You Want Is To Wind Up With A Hump | WBEI |
| PA 1-612-126 | TWO AND A HALF MEN: Merry Thanksgiving | WBEI |
| PA 1-612-138 | TWO AND A HALF MEN: My Doctor Has A Cow Puppet | WBEI |
| PA 1-612-144 | TWO AND A HALF MEN: No Sniffing, No Wowing | WBEI |
| PA 1-612-143 | TWO AND A HALF MEN: An Old Flame With A New Wick | WBEI |
| PA 1-612-123 | TWO AND A HALF MEN: Phase One, Complete | WBEI |
| Pa 1-612-153 | TWO AND A HALF MEN: Round One To The Hot Crazy Chick | WBEI |
| PA 1-612-149 | Two And A Half Men: Sarah Like Puny Alan | WBEI |
| PA 1-612-134 | TWO AND A HALF MEN: That Was Saliva, Alan | WBEI |
| PA 1-612-124 | TWO AND A HALF MEN: Twenty-Five Little Pre-Pubers Without A Snoot-Full | WBEI |
| PA 1-742-437 | TWO AND A HALF MEN: Back Off Mary Poppins | WBEI |
| PA 1-742-529 | TWO AND A HALF MEN: Enjoy those Garlic Balls | WBEI |
| PA 1-742-389 | TWO AND A HALF MEN: A Bag Full of Jawea | WBEI |
| PA 1-742-557 | TWO AND A HALF MEN: Bad News from the Clinic | WBEI |
| PA 1-742-571 | TWO AND A HALF MEN: The Price of Healthy Gums is Eternal Vigilance | WBEI |
| PA 1-742-468 | TWO AND A HALF MEN: A Kosher Slaughterhouse Out in Fontana | WBEI |

| PA 1-742-411 | TWO AND A HALF MEN: Frankenstein and the Horny Villagers | WBEI |
|---|---|---|
| PA 1-742-548 | TWO AND A HALF MEN: Yes, Monsignor | WBEI |
| PA 1-742-509 | TWO AND A HALF MEN: The Salmon Under My Sweater | WBEI |
| PA 1-742-592 | TWO AND A HALF MEN: Last Chance to See Those Tattoos | WBEI |
| PA 1-742-587 | TWO AND A HALF MEN: A Lung Full of Alan | WBEI |
| PA 1-742-579 | TWO AND A HALF MEN: Zejdz z Zmoich Wlosow (Get Off My Hair) | WBEI |
| PA 1-742-487 | TWO AND A HALF MEN: Those Big Pink Things with Coconut | WBEI |
| PA 1-742-456 | TWO AND A HALF MEN: Smell the Umbrella Stand | WBEI |
| PA 1-742-554 | TWO AND A HALF MEN: Woo-Hoo, a Hernia-Exam! | WBEI |
| PA 1-742-460 | TWO AND A HALF MEN: It was Mame, Mom | WBEI |
| PA 1-742-433 | TWO AND A HALF MEN: A Low, Guttural Tongue-Flapping Noise | WBEI |
| PA 1-742-526 | TWO AND A HALF MEN: I Always Wanted to Shave a Monkey | WBEI |
| PA 1-742-575 | TWO AND A HALF MEN: A Sympathetic Crotch to Cry On | WBEI |
| PA 1-742-408 | TWO AND A HALF MEN: Squab, Squab, Squab, Squab, Squab | WBEI |
| PA 1-742-450 | TWO AND A HALF MEN: Does this Smell Funny to You? | WBEI |
| PA 1-621-844 | TWO AND A HALF MEN: Weekend in Bangkok with Two Olympic Gymnasts | WBEI |
| PA 1-621-843 | TWO AND A HALF MEN: Principal Gallagher's Lesbian Lover | WBEI |

| PA 1-621-852 | TWO AND A HALF MEN: Carpet Burns and a Bite Mark | WBEI |
|---|---|---|
| PA 1-621-847 | TWO AND A HALF MEN: Your Dismissive Attitude Toward Boobs | WBEI |
| PA 1-621-846 | TWO AND A HALF MEN: We Called It Mr. Pinky | WBEI |
| PA 1-621-853 | TWO AND A HALF MEN: Hi, Mr. Horned One | WBEI |
| PA 1-621-850 | TWO AND A HALF MEN: Sleep Tight, Puddin' Pop | WBEI |
| PA 1-621-855 | TWO AND A HALF MEN: That Voodoo That I Do Do | WBEI |
| PA 1-621-845 | TWO AND A HALF MEN: Madame and Her Special Friend | WBEI |
| PA 1-621-848 | TWO AND A HALF MEN: Something Salted and Twisted | WBEI |
| PA 1-621-851 | TWO AND A HALF MEN: Santa's Village of the Damned | WBEI |
| PA 1-621-800 | TWO AND A HALF MEN: That Special Tug | WBEI |
| PA 1-621-792 | TWO AND A HALF MEN: Humiliation is a Visual Medium | WBEI |
| PA 1-621-795 | TWO AND A HALF MEN: Love Isn't Blind, It's Retarded | WBEI |
| PA 1-621-804 | TWO AND A HALF MEN: My Tongue is Meat | WBEI |
| PA 1-622-018 | TWO AND A HALF MEN: Ergo, the Booty Call | WBEI |
| PA 1-621-813 | TWO AND A HALF MEN: The Unfortunate Little Schnauzer | WBEI |
| PA 1-621-809 | TWO AND A HALF MEN: The Spit-Covered Cobbler | WBEI |
| PA 1-621-811 | TWO AND A HALF MEN: Golly Moses, She's a Muffin | WBEI |

| PA 1-621-790 | TWO AND A HALF MEN: Always a Bridesmaid, Never a Burro | WBEI |
|---|---|---|
| PA 1-621-789 | TWO AND A HALF MEN: And the Plot Moistens | WBEI |
| PA 1-621-806 | TWO AND A HALF MEN: Just Once with Aunt Sophie | WBEI |
| PA 1-621-854 | TWO AND A HALF MEN: Arguments for the Quickie | WBEI |
| PA 1-621-807 | TWO AND A HALF MEN: The Pistol-Packin' Hermaphrodite | WBEI |
| PA 1-749-395 | TWO AND A HALF MEN: Working for Caligula | WBEI |
| PA 1-749-389 | TWO AND A HALF MEN: Who's Vod Kanuckers | WBEI |
| PA 1-749-384 | TWO AND A HALF MEN: The Sea is a Harsh Mistress | WBEI |
| PA 1-749-390 | TWO AND A HALF MEN: A Pot Smoking Monkey | WBEI |
| PA 1-749-391 | TWO AND A HALF MEN: A Live Woman of Proven Fertility | WBEI |
| PA 1-749-392 | TWO AND A HALF MEN: Apologies for the Frivolity | WBEI |
| PA 1-749-374 | TWO AND A HALF MEN: Repeated Blows to His Unformed Head | WBEI |
| PA 1-749-375 | TWO AND A HALF MEN: Release the Dogs | WBEI |
| PA 1-749-383 | TWO AND A HALF MEN: Corey's Been Dead for an Hour | WBEI |
| PA 1-749-379 | TWO AND A HALF MEN: Kissing Abraham Lincoln | WBEI |
| PA 1-749-380 | TWO AND A HALF MEN: Walnuts and Demerol | WBEI |
| PA 1-749-382 | TWO AND A HALF MEN: Castrating Sheep in Montana | WBEI |

| PA 1-749-377 | TWO AND A HALF MEN: Don't Worry, Speed Racer | WBEI |
|---|---|---|
| PA 1-749-396 | TWO AND A HALF MEN: That's Summer Sausage, Not Salami | WBEI |
| PA 1-749-376 | TWO AND A HALF MEN: My Damn Stalker | WBEI |
| PA 1-749-398 | TWO AND A HALF MEN: Young People Have Phlegm Too | WBEI |
| PA 1-749-385 | TWO AND A HALF MEN: I Merely Slept with a Commie | WBEI |
| PA 1-749-386 | TWO AND A HALF MEN: It Never Rains in Hooterville | WBEI |
| PA 1-749-387 | TWO AND A HALF MEN: Smooth as a Ken Doll | WBEI |
| PA 1-749-388 | TWO AND A HALF MEN: Aunt Myra Doesn't Pee a Lot | WBEI |
| PA 1-749-373 | TWO AND A HALF MEN: Tucked, Taped and Gorgeous | WBEI |
| PA 1-749-372 | TWO AND A HALF MEN: Mr. McGlue's Feedbag | WBEI |
| PA 1-749-371 | TWO AND A HALF MEN: Anteaters. They're Just Crazy Lookin' | WBEI |
| PA 1-749-378 | TWO AND A HALF MEN: Prostitutes and Gelato | WBEI |
| PA 1-611-529 | TWO AND A HALF MEN: Waiting for the Right Snapper | WBEI |
| PA 1-758-424 | TWO AND A HALF MEN: Taterhead is Our Love Child | WBEI |
| PA 1-758-628 | TWO AND A HALF MEN: Pie Hole, Herb | WBEI |
| PA 1-758-655 | TWO AND A HALF MEN: Damn You, Eggs Benedict | WBEI |
| PA 1-758-641 | TWO AND A HALF MEN: The Flavin' and the Mavin' | WBEI |

| PA 1-758-322 | TWO AND A HALF MEN: A Jock Strap in Hell | WBEI |
|---|---|---|
| PA 1-758-666 | TWO AND A HALF MEN: It's Always Nazi Week | WBEI |
| PA 1-758-368 | TWO AND A HALF MEN: Best H.O. Money Can Buy | WBEI |
| PA 1-758-617 | TWO AND A HALF MEN: Pinocchio's Mouth | WBEI |
| PA 1-758-470 | TWO AND A HALF MEN: The Mooch at the Boo | WBEI |
| PA 1-758-504 | TWO AND A HALF MEN: He Smelled the Ham, He Got Excited | WBEI |
| PA 1-758-610 | TWO AND A HALF MEN: The Devil's Lube | WBEI |
| PA 1-758-344 | TWO AND A HALF MEN: Thank God for Scoliosis | WBEI |
| PA 1-758-598 | TWO AND A HALF MEN: I Think You Offended Don | WBEI |
| PA 1-758-316 | TWO AND A HALF MEN: David Copperfield Slipped Me a Roofie | WBEI |
| PA 1-758-318 | TWO AND A HALF MEN: I'd Like to Start with the Cat | WBEI |
| PA 1-758-342 | TWO AND A HALF MEN: She'll Still Be Dead at Halftime | WBEI |
| PA 1-758-654 | TWO AND A HALF MEN: The 'Ocu' or the 'Pado'? | WBEI |
| PA 1-758-314 | TWO AND A HALF MEN: My Son's Enormous Head | WBEI |
| PA 1-758-321 | TWO AND A HALF MEN: The Two Finger Rule | WBEI |
| PA 1-758-352 | TWO AND A HALF MEN: Hello, I am Alan Cousteau | WBEI |
| PA 1-758-325 | TWO AND A HALF MEN: Above Exalted Cyclops | WBEI |

| PA 1-758-323 | TWO AND A HALF MEN: Sir Lancelot's Litter Box | WBEI |
|---|---|---|
| PA 1-758-317 | TWO AND A HALF MEN: Good Morning, Mrs. Butterworth | WBEI |
| PA 1-758-668 | TWO AND A HALF MEN: Baseball was Better with Steroids | WBEI |

| | ENTOURAGE: Season Three | |
|---|---|---|
| PA 1-335-588 | ENTOURAGE: Aquamom | HBO |
| PA 1-324-965 | ENTOURAGE: One Day In The Valley | HBO |
| PA 1-324-966 | ENTOURAGE: Dominated | HBO |
| PA 1-324-967 | ENTOURAGE: Guys And Dolls | HBO |
| PA 1-324-968 | ENTOURAGE: Crash And Burn | HBO |
| PA 1-342-217 | ENTOURAGE: Three's Company | HBO |
| PA 1-335-640 | ENTOURAGE: Strange Days | HBO |
| PA 1-335-591 | ENTOURAGE: The Release | HBO |
| PA 1-335-586 | ENTOURAGE: Vegas Baby, Vega! | HBO |
| PA 1-335-589 | ENTOURAGE: I Wanna Be Sedated | HBO |
| PA 1-335-587 | ENTOURAGE: What About Bob | HBO |
| PA 1-353-971 | ENTOURAGE: Sorry, Ari | HBO |
| PA 1-374-951 | ENTOURAGE: Less Than 30 | HBO |
| PA 1-374-952 | ENTOURAGE: Dog Day Afternoon | HBO |
| PA 1-374-953 | ENTOURAGE: Manic Monday | HBO |
| PA 1-374-954 | ENTOURAGE: Gotcha! | HBO |
| PA 1-374-955 | ENTOURAGE: Return Of The King | HBO |
| PA 1-374-956 | ENTOURAGE: The Resurrection | HBO |
| PA 1-379-031 | ENTOURAGE: The Prince's Bribe | HBO |
| PA 1-386-711 | ENTOURAGE: Adios Amigo | HBO |
| | ENTOURAGE: Season Four | |
| PA 1-386-709 | ENTOURAGE: Welcome To The Jungle | HBO |
| PA 1-386-797 | ENTOURAGE: The First Cut Is The Deepest | HBO |
| PA 1-386-798 | ENTOURAGE: Malibooty | HBO |
| PA 1-386-799 | ENTOURAGE: Sorry, Harvey | HBO |
| PA 1-386-804 | ENTOURAGE: The Dream Team | HBO |

| | | |
|---|---|---|
| PA 1-386-796 | ENTOURAGE: The Weho Ho | HBO |
| PA 1-589-422 | ENTOURAGE: The Day Fu*kers | HBO |
| PA 1-589-434 | ENTOURAGE: Gary's Desk | HBO |
| PA 1-589-433 | ENTOURAGE: The Young And The Stoned | HBO |
| PA 1-593-012 | ENTOURAGE: Snow Job | HBO |
| PA 1-593-014 | ENTOURAGE: No Cannes Do | HBO |
| PA 1-593-064 | ENTOURAGE: The Cannes Kids | HBO |
| | ENTOURAGE: Season Five | |
| PA 1-654-413 | ENTOURAGE: Fantasy Island | HBO |
| PA 1-654-416 | ENTOURAGE: Unlike A Virgin | HBO |
| PA 1-654-419 | ENTOURAGE: The All Out Fall Out | HBO |
| PA 1-654-421 | ENTOURAGE: Fire Sale | HBO |
| PA 1-654-422 | ENTOURAGE: Tree Trippers | HBO |
| PA 1-654-423 | ENTOURAGE: Redomption | HBO |
| PA 1-654-407 | ENTOURAGE: Gotta Look Up To Get Down | HBO |
| PA 1-654-411 | ENTOURAGE: First Class jerk | HBO |
| PA 1-661-871 | ENTOURAGE: Pie | HBO |
| PA 1-661-870 | ENTOURAGE: Seth Green Day | HBO |
| PA 1-663-847 | ENTOURAGE: Play'n With Fire | HBO |
| PA 1-654-410 | ENTOURAGE: Return To Queens Blvd. | HBO |
| | ENTOURAGE: Season Six | |
| PA 1-666-629 | ENTOURAGE: Drive | HBO |
| PA 1-666-634 | ENTOURAGE: Amongst Friends | HBO |
| PA 1-666-631 | ENTOURAGE: One Car, Two Car, Red Car, Blue Car | HBO |
| PA 1-666-613 | ENTOURAGE: Runnin' On E | HBO |
| PA 1-666-625 | ENTOURAGE: Fore! | HBO |
| PA 1-666-618 | ENTOURAGE: Murphy's Lie | HBO |
| PA 1-666-620 | ENTOURAGE: No More Drama | HBO |
| PA 1-666-622 | ENTOURAGE: The Sorkin Notes | HBO |

| PA 1-666-616 | ENTOURAGE: Security Brief's | HBO |
|---|---|---|
| PA 1-666-626 | ENTOURAGE: Berried Alive | HBO |
| PA 1-666-682 | ENTOURAGE: Scared Straight | HBO |
| PA 1-667-568 | ENTOURAGE: Give A Little Bit | HBO |
| | ENTOURAGE: Season Seven | |
| PA 1-697-280 | ENTOURAGE: Stunted | HBO |
| PA 1-697-285 | ENTOURAGE: Buzzed | HBO |
| PA 1-704-328 | ENTOURAGE: Dramedy | HBO |
| PA 1-699-106 | ENTOURAGE: Tequila Sunrise | HBO |
| PA 1-699-105 | ENTOURAGE: Bottoms Up | HBO |
| PA 1-706-302 | ENTOURAGE: Hair | HBO |
| PA 1-706-285 | ENTOURAGE: Tequila And Coke | HBO |
| PA 1-706-311 | ENTOURAGE: Sniff Sniff Gang Bang | HBO |
| PA 1-706-303 | ENTOURAGE: Porn Scenes From An Italian Restaurant | HBO |
| PA 1-706-307 | ENTOURAGE: Lose Yourself | HBO |
| | SOPRANOS, THE: Season One | |
| PA 943-492 | SOPRANOS, THE: Pilot | Brillstein-Grey Entertainment ("BGE") |
| PA 943-491 | SOPRANOS, THE: 46 Long | BGE |
| PA 943-495 | SOPRANOS, THE: Denial, Anger, Acceptance | BGE |
| PA 943-494 | SOPRANOS, THE: Meadowlands | BGE |
| PA 943-496 | SOPRANOS, THE: College | BGE |
| PA 943-493 | SOPRANOS, THE: Pax Soprana | BGE |
| PA 943-490 | SOPRANOS, THE: Down Neck | BGE |
| PA 943-534 | SOPRANOS, THE: A Hit Is A Hit | BGE |
| PA 943-533 | SOPRANOS, THE: Legend Of Tennessee Moltisanti | BGE |
| PA 943-532 | SOPRANOS, THE: Boca | BGE |
| PA 943-537 | SOPRANOS, THE: Isabella | BGE |

| | | |
|---|---|---|
| PA 943-536 | SOPRANOS, THE: Nobody Knows Anything | BGE |
| PA 943-535 | SOPRANOS, THE: I Dream Of Jeanie Cusamano | BGE |
| | SOPRANOS, THE: Season Two | |
| PA 998-991 | SOPRANOS, THE: Guy Walks Into A Psychiatrist's Office | HBO; Samax, Inc. ("SI) |
| PA 998-992 | SOPRANOS, THE: Do Not Resucitate | HBO; SI |
| PA 998-993 | SOPRANOS, THE: Toodle-F***ing-oo | HBO; SI |
| PA 998-994 | SOPRANOS, THE:: Commendatori | HBO; SI |
| PA 998-995 | SOPRANOS, THE: Big Girls Don't Cry | HBO; SI |
| PA 998-996 | SOPRANOS, THE: The Happy Wanderer | HBO; SI |
| PA 998-997 | SOPRANOS, THE: D-Girl | HBO; SI |
| PA 998-998 | SOPRANOS, THE: Full Leather Jacket | HBO; SI |
| PA 998-999 | SOPRANOS, THE: From Where To Eternity | HBO; SI |
| PA 999-000 | SOPRANOS, THE: Bust Out | HBO; SI |
| PA 999-001 | SOPRANOS, THE: House Arrest | HBO; SI |
| PA 999-002 | SOPRANOS, THE: The Knight In White Satin Armor | HBO; SI |
| PA 999-003 | SOPRANOS, THE: Funhouse | HBO; SI |
| | SOPRANOS, THE: Season Three | |
| PA 1-021-743 | SOPRANOS, THE: Mr. Ruggerio's Neighborhood | HBO; SI |
| PA 1-021-743 | SOPRANOS, THE: Proshai. Livushka | HBO; SI |
| PA 1-021-745 | SOPRANOS, THE: Fortunate Son | HBO; SI |
| PA 1-021-744 | SOPRANOS, THE: Employee Of The Month | HBO; SI |

| PA 1-021-954 | SOPRANOS, THE: Another Toothpick | HBO; SI |
|---|---|---|
| PA 1-021-955 | SOPRANOS, THE: University | HBO; SI |
| PA 1-021-883 | SOPRANOS, THE: Second Opinion | HBO; SI |
| PA 1-022-080 | SOPRANOS, THE: He Is Risen | HBO; SI |
| PA 1-022-078 | SOPRANOS, THE: The Telltale Moozadell | HBO; SI |
| PA 1-022-075 | SOPRANOS, THE: To Save Us All From Satan's Power | HBO; SI |
| PA 1-022-076 | SOPRANOS, THE: Pine Barrens | HBO; SI |
| PA 1-022-077 | SOPRANOS, THE: Amour Fou | HBO; SI |
| PA 1-022-079 | SOPRANOS, THE: The Army Of One | HBO; SI |
|  | SOPRANOS, THE: Season Four |  |
| PA 1-112-865 | SOPRANOS, THE: For All Debts Public And Private | HBO; SI |
| PA 1-097-104 | SOPRANOS, THE: No Show | HBO; SI |
| PA 1-097-105 | SOPRANOS, THE: Christopher | HBO; SI |
| PA 1-112-845 | SOPRANOS, THE: The Weight | HBO; SI |
| PA 1-097-106 | SOPRANOS, THE: Pie-O-My | HBO; SI |
| PA 1-097-107 | SOPRANOS, THE: Everybody Hurts | HBO; SI |
| PA 1-097-108 | SOPRANOS, THE: Watching Too Much Television | HBO; SI |
| PA 1-110-842 | SOPRANOS, THE: Mergers And Acquisitions | HBO; SI |
| PA 1-110-841 | SOPRANOS, THE:: Whoever Did This | HBO; SI |
| PA 1-110-980 | SOPRANOS, THE: The Strong, Silent Type | HBO; SI |
| PA 1-110-981 | SOPRANOS, THE: Calling All Cars | HBO; SI |
| PA 1-110-982 | SOPRANOS, THE: Eloise | HBO; SI |
| PA 1-144-526 | SOPRANOS, THE: Whitecaps | HBO; SI |
|  | SOPRANOS, THE: Season Five |  |

| PA 1-226-022 | SOPRANOS, THE: Two Tonys | HBO; SI |
|---|---|---|
| PA 1-226-024 | SOPRANOS, THE: Rat Pack | HBO; SI |
| PA 1-226-023 | SOPRANOS, THE: Where's Johnny | HBO; SI |
| PA 1-226-025 | SOPRANOS, THE: All Happy Families… | HBO; SI |
| PA 1-232-994 | SOPRANOS, THE: Irregular Around The Margins | HBO; SI |
| PA 1-232-789 | SOPRANOS, THE: Sentimental Education | HBO; SI |
| PA 1-232-996 | SOPRANOS, THE: In Camelot | HBO; SI |
| PA 1-232-995 | SOPRANOS, THE: Marco Polo | HBO; SI |
| PA 1-233-180 | SOPRANOS, THE: Unidentified Black Males | HBO; SI |
| PA 1-242-861 | SOPRANOS, THE: Cold Cuts | HBO; SI |
| PA 1-242-857 | SOPRANOS, THE: The Test Dream | HBO; SI |
| PA 1-242-860 | SOPRANOS, THE: Long Term Parking | HBO; SI |
| PA 1-233-048 | SOPRANOS, THE: All Due Respect | HBO; SI |
| | Sopranos, The: Season Six | |
| PA 1-324-969 | SOPRANOS, THE: Members Only | HBO; SI |
| PA 1-324-970 | SOPRANOS, THE: Join The Club | HBO; SI |
| PA 1-324-971 | SOPRANOS, THE: Mayham | HBO; SI |
| PA 1-324-972 | SOPRANOS, THE: The Fleshy Part Of The Thigh | HBO; SI |
| PA 1-324-973 | SOPRANOS, THE: Mr and Mrs. John Sacrimoni Request… | HBO; SI |
| PA 1-324-974 | SOPRANOS, THE: Live Free Or Die | HBO; SI |
| PA 1-324-975 | SOPRANOS, THE: Luxury Lounge | HBO; SI |
| PA 1-326-293 | SOPRANOS, THE: Johnny Cakes | HBO; SI |
| PA 1-326-426 | SOPRANOS, THE: The Ride | HBO; SI |

| PA 1-318-644 | SOPRANOS, THE: Moe N' Joe | HBO; SI |
|---|---|---|
| PA 1-318-645 | SOPRANOS, THE: Cold Stones | HBO; SI |
| PA 1-324-820 | SOPRANOS, THE: Kaisha | HBO; SI |
| PA 1-374-957 | SOPRANOS, THE: Soprano Home Movies | HBO; SI |
| PA 1-374-958 | SOPRANOS, THE: Stage 5 | HBO; SI |
| PA 1-374-959 | SOPRANOS, THE: Remember When | HBO; SI |
| PA 1-374-960 | SOPRANOS, THE: Chasing It | HBO; SI |
| PA 1-374-961 | SOPRANOS, THE: Walk Like A Man | HBO; SI |
| PA 1-371-912 | SOPRANOS, THE: Kennedy And Heidi | HBO; SI |
| PA 1-371-913 | SOPRANOS, THE: The Second Coming | HBO; SI |
| PA1-390-894 | SOPRANOS, THE: Blue Comet | HBO; SI |
| PA 1-390-892 | SOPRANOS, THE: Made In America | HBO; SI |